UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

CASE NO. 1:14-cv-23087-ALTONAGA/O'Sullivan

GWENDOLYN WEST, MARLA SPENCE, &
VINCENT SPENCE,

    Plaintiffs,

vs.

LQ MANAGEMENT, LLC; LA QUINTA
FRANCHISING, LLC; DEV HOSPITALITY,
INC.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Gwendolyn West, Marla Spence, and Vincent Spence ("Plaintiffs") and Defendants DEV Hospitality, Inc., LQ Management, LLC, and La Quinta Franchising, LLC ("Defendants"), by and through their respective undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida, hereby file this Joint Notice of Settlement, and inform the Court as follows:

    1.    Plaintiffs have reached an agreement in principle with Defendants to resolve this matter in its entirety.

    2.    The parties are in the process of finalizing a confidential settlement agreement and anticipate filing a joint stipulation of dismissal with prejudice within the next thirty (30) days.

    3.    Based on the foregoing, the parties respectfully request that all current deadlines set forth in the Court's Order Setting Trial [ECF No. 16] be suspended pending

CASE NO. 1:14-cv-23087-CMA

finalization of the settlement and the filing of a joint stipulation of dismissal with prejudice.

Respectfully submitted this 18th day of November, 2015,

By: /s/ *Jonathan Pollard*
Jonathan E. Pollard
Florida Bar No.: 83613
jpollard@pollardllc.com
Nathan M. Saunders
Florida Bar No.: 107753
nsaunders@pollardllc.com
Jonathan Pollard, LLC
401 E. Las Olas Blvd. #1400
Fort Lauderdale, FL 33301
Telephone: 954-332-2380
Facsimile: 866-594-5731

*Attorneys for Plaintiffs*

By: /s/ *H. Wayne Clark*
H. Wayne Clark, Esquire (794201)
wclark@wickersmith.com
Jonathon S. Miller, Esquire (659398)
jmiller@wickersmith.com
Carlos A. Garcia, Esquire (99768)
Cgarcia1@wickersmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Telephone:     (954) 847-4800
Facsimile:     (954) 760-9353

*Attorneys for LQ Management LLC and La Quinta Franchising, LLC*

By: /s/ *Wm. Newt Hudson*
Wm. Newt Hudson
Florida Bar No. 0305146
whudson1@verizon.net
Law Office of Wm Newt Hudson
23 West Tarpon Ave.
Tarpon Springs, FL 34689
Telephone:     (727) 938-2004
Facsimile:     (727) 934-9960

*Attorney for DEV Hospitality, Inc.*

2

CASE NO. 1:14-cv-23087-CMA

## **CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on November 18th, 2015, and the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                                                      /s/  Carlos A. Garcia_____
                                                                                       Carlos A. Garcia, Esquire