79865-7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

GWENDOLYN WEST, MARLA SPENCE, &    CIRCUIT CIVIL DIVISION
VINCENT SPENCE,

                                               CASE NO. 1:14-cv-23087-CMA

       Plaintiffs,

vs.

LQ MANAGEMENT, LLC; LA QUINTA
FRANCHISING, LLC; DEV HOSPITALITY,
INC. & MUKUND PATEL,

       Defendants.
_____/

## STIPULATION FOR FINAL ORDER
## OF DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties, LQ MANAGEMENT LLC, LA QUINTA FRANCHISING, LLC; DEV HOSPITALITY, INC. & MUKUND PATEL, and GWENDOLYN WEST, MARLA SPENCE, & VINCENT SPENCE, hereto having been made, it is

STIPULATED AND AGREED by and between the parties listed above that this cause may be dismissed with prejudice, each party to bear its own attorneys' fees and costs; all liens and subrogated interests are to be paid by Plaintiff out of the proceeds of the settlement made in this case.

CASE NO. 1:14-cv-23087-CMA

DATED this 11th day of December, 2015.

| WICKER SMITH O'HARA MCCOY & FORD, P.A. | JONATHAN POLLARD, LLC |
|---|---|
| 515 E. Las Olas Boulevard | 401 E. Las Olas Blvd. #1400 |
| SunTrust Center, Suite 1400 | Fort Lauderdale, FL 33301 |
| Ft. Lauderdale, FL 33301 | Phone: (954) 332-2380 |
| Phone: (954) 847-4800 | Fax: (866) 594-5731 |
| Fax: (954) 760-9353 | |

By: /s/ H. Wayne Clark
H. Wayne Clark, Esquire
Florida Bar No. 0794201
Attorneys for LQ Management LLC

By: /s/ Jonathan E. Pollard
Jonathan E. Pollard, Esquire
Florida Bar No. 83613
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on September 11, 2015, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Carlos A. Garcia
Carlos A. Garcia, Esq.
Florida Bar No. 99768
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for LQ Management LLC
515 East Last Olas Blvd.
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
ftlcrtpleadings@wickersmith.com